# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRISTINE M. KEEN,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:07CV79

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2007 Order.

    Signed: December 20, 2007

Frank G. Johns, Clerk
United States District Court