IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| CHRISTINE M. KEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:07CV79 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's <u>Petition for Attorney's Fees and Costs</u> filed on January 10, 2008 (document #8). By Response filed on January 22, 2008, Defendant advises that he will not oppose an award of legal fees in the amount of three hundred eighty-two dollars and fifty cents ($382.50) by the United States Social Security Administration to the plaintiff as full settlement in satisfaction of any and all claims for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and $350.00 in costs for the initial filing fee.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's <u>Petition for Attorney's Fees and Costs</u> filed on January 10, 2008 (document #8) is **GRANTED** to the extent that Plaintiff shall be paid the sum of three hundred eighty-two dollars and fifty cents ($382.50) for attorney's fees and $350.00 in costs for the initial filing fee.

2. No additional petition pursuant to 28 U.S.C. section 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

_/s/ Richard L. Voorhees_  2-11-08
United States District Judge

DOCUMENT SCANNED